UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KASSEM HUSSEIN,

                    Petitioners,                    18 Civ. 849 (LAP)

-against-                                           ORDER

UNITED STATES OF AMERICA,

                    Respondents.

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Court's order of June 12, 2019 (dkt. no. 174 in 13-cr-476) denying Petitioner's motion to vacate (dkt. no. 1), the Clerk of Court shall mark this action closed and deny all pending motions as moot.

**SO ORDERED.**

Dated:    New York, New York
          March 31, 2021

_Loretta A. Preska_____
LORETTA A. PRESKA
Senior United States District Judge

1